1056

No. 84–6083. BOUTA v. AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES. C. A. 8th Cir. Certiorari denied.

No. 84–6084. COVINGTON v. WINGER ET AL. C. A. 6th Cir. Certiorari denied.

No. 84–6087. LANKFORD v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA. Sup. Ct. Cal. Certiorari denied.

No. 84–6088. BRANCH v. CUPP, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 84–6092. BERKSON v. DEL MONTE CORP. ET AL. C. A. 1st Cir. Certiorari denied.

No. 84–6094. TRYON v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 84–6097. MITCHELL v. SCULLY, SUPERINTENDENT, GREENHAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 84–6101. BEST v. HOLBROOK, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION, ET AL. C. A. 1st Cir. Certiorari denied.

No. 84–6105. COSTELLO v. HOLMES ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 84–6107. HOWELL v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 84–6109. GEIDEL v. FULCOMER ET AL. C. A. 3d Cir. Certiorari denied.

No. 84–6110. GARDNER v. CITY OF DETROIT POLICE DEPARTMENT ET AL. C. A. 6th Cir. Certiorari denied.

No. 84–6111. HOLSEY v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 84–6112. HOLSEY v. WARD ET AL. Ct. App. Md. Certiorari denied.